**[This opinion has been published in *Ohio Official Reports* at 72 Ohio St.3d 1204.]**

THE STATE OF OHIO, APPELLANT, *v*. WEAVER, APPELLEE.

**[Cite as State v. Weaver, 1995-Ohio-194.]**

*Appeal dismissed as improvidently allowed.*

(No. 93-2636—Submitted March 22,1995—Decided April 26, 1995.)

APPEAL from the Court of Appeals for Champaign County, No. 93 CA 02.

—————————

*Darrell L. Heckman*, Champaign County Prosecuting Attorney, for appellant.

*David H. Bodiker*, Ohio Public Defender, *Gloria Eyerly* and *Kort Gatterdam*, Assistant Public Defenders, for appellee.

*Joseph T. Deters*, Hamilton County Prosecuting Attorney, and *William E. Breyer*, Assistant Prosecuting Attorney, urging reversal for *amicus curiae*, Ohio Prosecuting Attorneys' Association.

—————————

{¶ 1} This cause is dismissed, *sua sponte*, as having been improvidently allowed.

{¶ 2} The court orders that the court of appeals' opinion not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties *inter se*.

WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., DOUGLAS and COOK, JJ., dissent, and would reverse the judgment of the court of appeals and reinstate the judgment of the trial court.

—————————